**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
STEWART TITLE OF SACRAMENTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation; SAMUEL GBILIA, an individual; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; STEWART TITLE OF SACRAMENTO, a California corporation; STEWART TITLE GUARANTY COMPANY, a Texas corporation; and UNITED CAPITAL TITLE INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br>_____/ | Case No. C10-04285 BZ<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant STEWART TITLE OF SACRAMENTO hereby substitutes Matthew C. Jaime of the law firm of Matheny, Sears, Linkert & Jaime, 3638 American River Drive; Sacramento, CA 95864; (916) 978-3434; (916) 978-3430 (facsimile); mjaime@mathenysears.com as their attorney of record in the above-entitled action instead of Jennifer E. Duggan of the law firm of Porter Scott. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

STEWART TITLE OF SACRAMENTO

Dated: January ___, 2011        By_____
                                Paul Carrillo, Chief Financial Officer

We agree to the above substitution.

Dated: January ___, 2011        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By _____
                                Jennifer E. Duggan

We accept the above substitution.

Dated: January ___, 2011        MATHENY, SEARS, LINKERT & JAIME, LLP

                                By _____
                                Matthew C. Jaime

IT IS SO ORDERED.

Dated: 3 Feb '11                _____
                                United States District Court Judge

---

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

00861347.WPD                    2