Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MATTHEW C. JAIME, ESQ. (SBN 140340)
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, STEWART TITLE OF SACRAMENTO, a California Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN KEY REALTY & MORTGAGE, INC., a California corporation; SAMUEL GBILIA, an individual; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; STEWART TITLE OF SACRAMENTO, a California corporation; STEWART TITLE GUARANTY COMPANY, a Texas corporation; and UNITED CAPITAL TITLE INSURANCE COMPANY, a California corporation,<br><br>Defendants. | Case No. C10-04285 BZ<br><br>**REQUEST OF DEFENDANT STEWART TITLE OF SACRAMENTO TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE;** ~~PROPOSED~~ **ORDER**<br><br>Date: May 16, 2011<br><br>Time: 4:00 p.m.<br><br>Department: Courtroom G |

Under Civil Local Rule 16-10(a), defendant Stewart Title of Sacramento, through its attorneys of record, Matheny Sears Linkert & Jaime LLP, requests that the Court allow it to participate in the initial Case Management Conference by telephone. The conference is scheduled for May 16, 2011, 4:00 p.m., before the Honorable Magistrate Bernard Zimmerman.

1

1  This request is made in the interest of economy and efficiency.

3  Dated: April 26, 2011                MATHENY SEARS LINKERT & JAIME, LLP

5                                       By: _____
6                                           MATTHEW C. JAIME, ESQ.
                                            Attorneys for Defendant, STEWART
7                                           TITLE OF SACRAMENTO, a California
                                            Corporation.

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

10          [PROPOSED] ORDER GRANTING REQUEST TO PARTICIPATE IN CASE
                    MANAGEMENT CONFERENCE BY TELPHONE

12  Having considered defendant's request to participate by telephone in the initial Case

13  Management Conference, this Court hereby GRANTS such request. Accordingly, Stewart Title

14  of Sacramento may participate by telephone in the Case Management Conference scheduled for

15  May 16, 2011 at 4:00 p.m.

17  **IT IS SO ORDERED.**

18  DATED: _April 22, 2011_

19                                       _____
20                                       JUDGE OF THE U.S. DISTRICT COURT
21                                       BERNARD ZIMMERMAN

2