UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., <br><br>  Plaintiff(s), <br><br> v. <br><br> GOLDEN KEY REALTY & MORTGAGE BANKER, INC., et al., <br><br>  Defendant(s). | No. C10-4285 BZ <br><br> **BRIEFING ORDER** |

Having received plaintiff's motion to voluntarily dismiss defendants Stewart Title Guaranty Company and United Capital Title Insurance Company without prejudice, **IT IS HEREBY ORDERED** that any opposition to plaintiff's motion shall be filed by **July 14, 2011**. The Court will review the papers and only schedule a hearing if it deems one is necessary.

Date: June 30, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FDIC V. GOLDEN KEY\BRIEFING ORDER.wpd

1