UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation,<br><br>SAMUEL GBILIA, an individual<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>STEWART TITLE OF SACRAMENTO, a California corporation,<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation, and<br><br>UNITED CAPITAL TITLE INSURANCE COMPANY, a California corporation.<br><br>Defendants. | Case No.: 3:10-cv-04285-BZ<br><br>ORDER GRANTING MOTION TO DISMISS DEFENDANTS STEWART TITLE GUARANTY COMPANY AND UNITED CAPITAL TITLE INSURANCE COMPANY |

Having reviewed Plaintiff's Motion to Dismiss Stewart Title Guaranty Company and United Capital Title Insurance Company ("Motion"), and no opposition having been filed, the Motion is **APPROVED**, and Stewart Title Guaranty Company and United Capital Title Insurance Company are hereby dismissed from this action without prejudice.

IT IS SO ORDERED, this 21 day of July, 2011.

BERNARD ZIMMERMAN
United States Magistrate Judge