UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation,<br><br>SAMUEL GBILIA, an individual<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>STEWART TITLE OF SACRAMENTO, a California corporation,<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation, and<br><br>UNITED CAPITAL TITLE INSURANCE COMPANY, a California corporation.<br><br>Defendants. | Case No.: 3:10-cv-04285-BZ<br><br>ORDER GRANTING PLAINTIFF'S CONSENSUAL MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT. |

Having reviewed Plaintiff's Consensual Motion for Leave to File Plaintiff's First Amended Complaint ("Motion") and Memorandum in Support, Plaintiff's Motion is **GRANTED**, a hearing is hereby deemed unnecessary, and the Clerk shall file Plaintiff's proffered First Amended Complaint.

IT IS SO ORDERED, this 21 day of July, 2011.

BERNARD ZIMMERMAN
United States Magistrate Judge