1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  Robert W. Biederman (State Bar No. 177321)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234
   Email: jlowenthal@steyerlaw.com
6          esmith@steyerlaw.com

7  Attorneys for Defendant
   First American Title Insurance Company
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   FEDERAL DEPOSIT INSURANCE              )   Case No. C10-04285 BZ
14 CORPORATION, In Its Capacity as Receiver )
   for NetBank, FSB,                      )
15                                         )
              Plaintiff,                   )   STIPULATION TO EXTEND ORDER
16                                         )   SCHEDULING JURY TRIAL AND
       vs.                                 )   PRETRIAL MATTERS
17                                         )
   GOLDEN KEY REALTY & MORTGAGE            )
18 BANKER, INC., a California corporation, )
                                           )
19 SAMUEL GBILIA, an individual,           )
                                           )
20 FIRST AMERICAN TITLE INSURANCE          )
   COMPANY, a California corporation,     )
21                                         )
   STEWART TITLE OF SACRAMENTO, a         )
22 California corporation,                )
                                           )
23                                         )
              Defendants.                  )
24 _____)

25

26

27

28

STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS Case No. C10-04285 BZ
S:\F\Golden Key\Pleadings\Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd

Plaintiff Federal Deposit Insurance Corporation ("FDIC"), Defendant First American Title Insurance Company ("First American"), and Defendant Stewart Title of Sacramento ("Stewart Title") enter into this Stipulation to Extend Order Scheduling Jury Trial And Pretrial Matters ("Scheduling Order") (Docket no. 45):

1. The parties have been actively involved in discovery in the above case.

2. The FDIC and First American are in the process of scheduling and taking depositions. There is a tentative settlement between Stewart Title and FDIC.

3. The FDIC and First American conducted a mediation, which did not resolve their dispute.

4. Because most of the persons to be deposed are third-party witnesses who worked for companies that are no longer in existence including Alliance Title Company and Meritage Mortgage Corporation, there are difficulties locating such persons to serve subpoenas for depositions and scheduling their depositions. To date, the FDIC has issued subpoenas for the depositions of ten (10) witnesses.

5. Due to the above logistical difficulties, the parties agree, subject to court approval, to a sixty (60) day extension of the dates in the Scheduling Order as set forth below.

6. Prior to this Stipulation, there have been no modifications of the deadlines in the Scheduling Order.

7. The parties agree, subject to Court approval, to the following extensions of the Scheduling Order:

| Event | Present Date | New Date |
| --- | --- | --- |
| Trial Date | May 7, 2012 8:30 a.m.<br>2 weeks | July 9, 2012, 8:30 a.m.<br>2 weeks |
| Pre-Trial Conference | April 17, 2012, 4:00 p.m. | June 19, 2012, 4:00 p.m. |
| Last Day to File Dispositive Motions | March 7, 2012 | May 7, 2012 |
| Last Date for Expert Discovery | February 3, 2012 | April 3, 2012 |

- 1 -

STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS Case No. C10-04285 BZ
S:\F\Golden Key\Pleadings\Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd

| | | |
|---|---|---|
| Last Day for Rebuttal Expert Disclosure | January 27, 2012 | March 27, 2012 |
| Last Day for Expert Disclosure | January 20, 2012 | March 20, 2012 |
| Close of Non-Expert Discovery | January 13, 2012 | March 13, 2012 |

Dated: October 31, 2011                RUDOW LAW GROUP, LLC

By: /s/ William Rudow
William Rudow
David Fleck
Penny Alafassos
Attorneys for Plaintiff Federal Deposit Insurance Corporation

Dated: October 31, 2011                STEYER LOWENTHAL BOODROOKAS
                                       ALVAREZ & SMITH LLP

By: /s/ Edward Egan Smith
Jeffrey H. Lowenthal
Edward Egan Smith
Robert W. Biederman
Attorneys for Defendant
First American Title Insurance Company

Dated: October 31, 2011                MATHENY, SEARS, LINKERT & JAIME

By:/s/ Matthew C. Jaime
Matthew C. Jaime
N. Kate Jeffries
Attorneys for Stewart Title of Sacramento

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7 Nv 11

Bernard Zimmerman
United States Magistrate Judge

- 2 -

STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS Case No. C10-04285 BZ
S:\F\Golden Key\Pleadings\Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd