Jeffrey H. Lowenthal  (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Robert W. Biederman (State Bar No. 177321)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California  94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email:  jlowenthal@steyerlaw.com
            esmith@steyerlaw.com

Attorneys for Defendant
First American Title Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB, | Case No. C10-04285 BZ |
| Plaintiff, | STIPULATION TO EXTEND SETTLEMENT CONFERENCE ORDER |
| vs. | |
| GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation, | |
| SAMUEL GBILIA, an individual, | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation, | |
| STEWART TITLE OF SACRAMENTO, a California corporation, | |
| Defendants. | |

Plaintiff Federal Deposit Insurance Corporation ("FDIC") and Defendant First American Title Insurance Company ("First American") enter into this Stipulation to Extend Settlement Conference Order ("Settlement Conference Order") (Docket no. 46):

1. The Settlement Conference Order was entered on May 24, 2011, shortly after the entry of the Order Scheduling Jury Trial and Pretrial Matters (Docket no. 45) ("Scheduling Order") on May 19, 2011.

2. The Scheduling Order provided, among other things, that the deadline for all non-expert discovery was on January 13, 2012. Among other things, the Settlement Conference Order scheduled a settlement conference on January 10, 2012, shortly before the close of non-expert discovery.

3. On November 11, 2011, the Court entered the Stipulation to Extend Order Scheduling Jury Trial and Pretrial Matters ("Stipulation to Extend Scheduling Order"), which generally extended the deadlines in the Scheduling Order by 60 days, including the deadline for non-expert discovery to March 13, 2012.

4. In light of the new deadlines that were established by the Stipulation to Extend Scheduling Order, the parties believe that a settlement conference would be more productive once the parties have completed their non-expert discovery, which is ongoing.

7. The parties agree, subject to Court approval, to the following extension of the Settlement Conference Order:

| **Event** | **Present Date** | **New Date** |
|---|---|---|
| Settlement Conference | January 10, 2012<br>9:30 a.m. | March ~~13~~ 6 - JCS, 2012<br>9:30 a.m. |
| Settlement Conference Statement | December 27, 2011 | February ~~28~~ 21 - JCS, 2012 |

//

//

//

- 2 -

1  Dated: December 6, 2011                    RUDOW LAW GROUP, LLC

                                              By: /s/ William Rudow
                                              William Rudow
                                              David Fleck
                                              Penny Alafassos
                                              Attorneys for Plaintiff Federal Deposit Insurance
                                              Corporation


7  Dated: December 6, 2011                    STEYER LOWENTHAL BOODROOKAS
                                                 ALVAREZ & SMITH LLP

                                              By: /s/ Edward Egan Smith
                                              Jeffrey H. Lowenthal
                                              Edward Egan Smith
                                              Robert W. Biederman
                                              Attorneys for Defendant
                                              First American Title Insurance Company


                    PURSUANT TO STIPULATION, IT IS SO ORDERED.

   Dated: 12/08/11                            _____
                                              Joseph C. Spero
                                              United States Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]*

- 3 -