1  Jeffrey H. Lowenthal  (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  Robert W. Biederman (State Bar No. 177321)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California  94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234
   Email:  jlowenthal@steyerlaw.com
6          esmith@steyerlaw.com

7  Attorneys for Defendant
   First American Title Insurance Company
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13

14  FEDERAL DEPOSIT INSURANCE            )   Case No. C10-04285 BZ
    CORPORATION, In Its Capacity as Receiver )
    for NetBank, FSB,                    )
15                                       )
                Plaintiff,                )
16                                       )   STIPULATION TO EXTEND
                                         )   SETTLEMENT CONFERENCE ORDER
        vs.                              )
17                                       )
    GOLDEN KEY REALTY & MORTGAGE         )
18  BANKER, INC., a California corporation, )
                                         )
19  SAMUEL GBILIA, an individual,        )
                                         )
20  FIRST AMERICAN TITLE INSURANCE       )
    COMPANY, a California corporation,   )
21                                       )
    STEWART TITLE OF SACRAMENTO, a       )
22  California corporation,              )
                                         )
23                                       )
                Defendants.              )
24  _____     )

25

26

27

28

---

STIPULATION TO EXTEND SETTLEMENT CONFERENCE ORDER Case No. C10-04285 BZ
S:\F\Golden Key\Pleadings\Stipulation To Extend Order Settlement Conference Order.wpd

1. Plaintiff Federal Deposit Insurance Corporation ("FDIC") and Defendant First American Title Insurance Company ("First American") enter into this Stipulation to Extend Settlement Conference Order ("Settlement Conference Order") (Docket no. 46):

1. The Settlement Conference Order was entered on May 24, 2011, shortly after the entry of the Order Scheduling Jury Trial and Pretrial Matters (Docket no. 45) ("Scheduling Order") on May 19, 2011.

2. The Scheduling Order provided, among other things, that the deadline for all non-expert discovery was on January 13, 2012. Among other things, the Settlement Conference Order scheduled a settlement conference on January 10, 2012, shortly before the close of non-expert discovery.

3. On November 11, 2011, the Court entered the Stipulation to Extend Order Scheduling Jury Trial and Pretrial Matters ("Stipulation to Extend Scheduling Order"), which generally extended the deadlines in the Scheduling Order by 60 days, including the deadline for non-expert discovery to March 13, 2012.

4. In light of the new deadlines that were established by the Stipulation to Extend Scheduling Order, the parties believe that a settlement conference would be more productive once the parties have completed their non-expert discovery, which is ongoing.

7. The parties agree, subject to Court approval, to the following extension of the Settlement Conference Order:

| **Event** | **Present Date** | **New Date** |
|---|---|---|
| Settlement Conference | January 10, 2012<br>9:30 a.m. | March ~~13~~ 6 - JCS, 2012<br>9:30 a.m. |
| Settlement Conference Statement | December 27, 2011 | February ~~28~~ 21 - JCS, 2012 |

//

//

//

- 2 -

| | | |
|---|---|---|
| 1 | Dated: December 6, 2011 | RUDOW LAW GROUP, LLC |

By: /s/ William Rudow
William Rudow
David Fleck
Penny Alafassos
Attorneys for Plaintiff Federal Deposit Insurance Corporation

Dated: December 6, 2011        STEYER LOWENTHAL BOODROOKAS
                                 ALVAREZ & SMITH LLP

By: /s/ Edward Egan Smith
Jeffrey H. Lowenthal
Edward Egan Smith
Robert W. Biederman
Attorneys for Defendant
First American Title Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/08/11

_____
Joseph C. Spero
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

- 3 -