David Fleck (State Bar No. 192912)
DavidFleck@RudowLaw.com
William M. Rudow
WilliamRudow@RudowLaw.com
Members of Rudow Law Group, LLC
5603 Newbury Street
Baltimore MD 21209
Telephone    (410) 542-6000
Facsimile     (410) 542-9500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation,<br><br>SAMUEL GBILIA, an individual<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>STEWART TITLE OF SACRAMENTO, a California corporation,<br><br>STEWART TITLE GUARANTY COMPANY, a Texas corporation, and<br><br>UNITED CAPITAL TITLE INSURANCE COMPANY, a California corporation.<br><br>Defendants. | Case No.: 3:10-cv-04285-BZ |

1
2
3
4
5

**[PROPOSED] ORDER GRANTING
PLAINTIFF LEAVE TO DEPOSE YUSUF ALI BEY**

Having considered Plaintiff's request to depose Yusuf Ali Bey, an incarcerated individual, this Court hereby GRANTS such request. Accordingly, Plaintiff has permission of this Court to schedule and take the deposition of Yusuf Ali Bey.

6 **IT IS SO ORDERED.**

7
8
9
10 DATED: 9/Jan/12

13 JUDGE OF THE U.S. DISTRICT COURT

Page | - 2 -