Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Robert W. Biederman (State Bar No. 177321)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: jlowenthal@steyerlaw.com
       esmith@steyerlaw.com

Attorneys for Defendant and Cross-Claimant
First American Title Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation,<br><br>SAMUEL GBILIA, an individual,<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>STEWART TITLE OF SACRAMENTO, a California corporation,<br><br>Defendants. | Case No. C10-04285 BZ<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY'S CERTIFICATION AS TO SUPPLEMENTATION OF DISCOVERY RESPONSES |

| | |
|---|---|
| 1 | Defendant First American Title Insurance Company ("First American") certifies that all |
| 2 | supplementation pursuant to Fed. R. Civ. P. 26 has been completed. Because discovery is |
| 3 | ongoing, First American reserves the right for further supplementation as appropriate. |

Dated: February 13, 2012

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: _____
Jeffrey H. Lowenthal
Edward Egan Smith
Robert W. Biederman
Attorneys for Defendant
First American Title Insurance Company

- 1 -

PROOF OF SERVICE (1013A(3) C.C.P.)

I declare that I am over the age of eighteen years and that I am not a party to this action. I am an employee of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and my business address is One California Street, Suite 300, San Francisco, CA 94111.

On the date set forth below, I served the following document(s):

DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S CERTIFICATION OF DISCOVERY RESPONSES

[x]    by sending the true copies thereof as designated below:

[x]    by placing [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows:

Mr. David Fleck
Mr. William M. Rudow
Rudow Law Group, LLC
5603 Newbury Street
Baltimore, MD 21209
Ph: (410) 542-6000
Fax: (410) 542-9500
Email: davidfleck@rudowlaw.com
        williamrudow@rudowlaw.com
*[Attorneys for Plaintiff Federal Deposit Insurance Corporation, In Its Capacity as Receiver for NetBank, FSB]*

[x]    **BY ELECTRONIC TRANSMISSION.** I caused a true and correct copy of the aforementioned document to be transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 13, 2012 at San Francisco, California.

*Alma Caliz Roque*

S:\F\Golden Key\POS\POS.Mail.wpd