1  David Fleck (State Bar No. 192912)
   DavidFleck@RudowLaw.com
2  William M. Rudow
   WilliamRudow@RudowLaw.com
3  Members of Rudow Law Group, LLC
   5603 Newbury Street
4  Baltimore MD  21209
   Telephone     (410) 542-6000
5  Facsimile      (410) 542-9500

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9                SAN FRANCISCO DIVISION

10 | FEDERAL DEPOSIT INSURANCE        ) Case No.: 3:10-cv-04285-BZ
   | CORPORATION, In Its Capacity as Receiver )
11 | for NetBank, FSB                  ) JOINT STATUS REPORT
   |                                   )
12 |        Plaintiff,                 )
   |                                   )
13 |        vs.                        )
   |                                   )
14 | GOLDEN KEY REALTY & MORTGAGE      )
   | BANKER, INC., a California corporation, )
15 |                                   )
   | SAMUEL GBILIA, an individual      )
16 |                                   )
   | FIRST AMERICAN TITLE INSURANCE    )
17 | COMPANY, a California corporation, )
   |                                   )
18 | STEWART TITLE OF SACRAMENTO, a    )
   | California corporation,           )
19 |                                   )
   | STEWART TITLE GUARANTY            )
20 | COMPANY, a Texas corporation, and )
   |                                   )
21 | UNITED CAPITAL TITLE INSURANCE    )
   | COMPANY, a California corporation. )
22 |                                   )
   |        Defendants.                )
23

24                Joint Status Report
              Case No.: 3:10-cv-04285-BZ

                      **1** | P a g e

Plaintiff Federal Deposit Insurance Corporation ("FDIC") and Defendant First American Title Insurance Company ("First American") file this Joint Status Statement pursuant to this Court's order [DE 62] in advance of the Status Conference scheduled for March 6, 2012 at 4:00 p.m.

1. **Stipulation to Extend Order Scheduling Jury Trial and Pretrial Matters:**

    Pursuant to Stipulation of the parties and Court Order [DE 61], the following dates have been set:

| Event | Date |
| --- | --- |
| Trial Date | July 9, 2012 |
| Pre-Trial Conference | June 19, 2012, 4:00 p.m. |
| Last Date to File Dispositive Motions | May 7, 2012* |
| Last Date for Expert Discovery | April 3, 2012* |
| Last Day for Rebuttal Expert Disclosure | March 27, 2012* |
| Last Day for Expert Disclosure | March 20, 2012* |
| Close of Non-Expert Discovery | March 13, 2012 |

\*Counsel for parties plan to file a mutual request to extend these deadlines.

2. **Depositions:** First American has noticed and will take the deposition of Larry Dorris in Dallas, Texas on March 8, 2012. First American has noticed and served the subpoena depositions of Isaac Wilson of the City of Oakland and Justin Wayne for March 12, 2012 in San Francisco. Mr. Wayne has informed First American that he is unavailable until after March 18. Parties are conferring regarding the necessity of these depositions and the FDIC reserves the right to object to the deposition of Justin Wayne. The FDIC noticed the deposition of Yusuf Ali Bey, who is incarcerated at San Quentin State Prison, for Monday, February 27, 2012. On January 9, 2012, the Court granted the FDIC's request to take this deposition. Pursuant to procedures of San Quentin State Prison, the scheduling of the deposition cannot occur until party noticing the deposition has secured written confirmation from the deponent that he will cooperate and voluntarily be present for the deposition. Despite an attempt to do so, the FDIC was unable to secure such written confirmation. The FDIC does not anticipate re-noticing the deposition at this time.

3. **Written Discovery:**

| Discovery | Date Served | Responses Due |
| --- | --- | --- |
| Defendant First American Title Insurance Company's Requests for Admission, Set One | February 3, 2012 | March 7, 2012 |
| Defendant First American Title Insurance Company's Requests for Production of | February 3, 2012 | March 7, 2012 |

| | | |
|---|---|---|
| Documents, Set Two | | |
| Defendant First American Title Insurance Company's Requests for Interrogatories, Set Two | February 3, 3012 | March 7, 2012 |
| Defendant First American Title Insurance Company's Requests for Production of Documents, Set Three | February 10, 2012 | March 14, 2012 |

4. **Motions:** There are currently no pending motions.

5. **Mandatory Settlement Conference:** Settlement Conference has been scheduled in front of Judge Joseph S. Spero for March 6, 2012 at 9:30 a.m.  Confidential Settlement Statements have been submitted to Judge Spero by both sides and non confidential Settlement Statements have been exchanged between the parties.

DATED:  February 28, 2012         RUDOW LAW GROUP, LLC

                                  By: /S/ William Rudow
                                      William M. Rudow
                                      Attorneys for Plaintiff

DATED:  February 28, 2012         STEYER LOWENTHAL BOODROOKAS
                                      ALVAREAZ & SMITH LLP

                                  By/S/Robert W. Biederman
                                      Jeffrey H. Lowenthal
                                      Edward E. Smith
                                      Robert W. Biederman
                                      Attorney for Defendant First American Title
                                      Insurance Company