Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Robert W. Biederman (State Bar No. 177321)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: jlowenthal@steyerlaw.com
        esmith@steyerlaw.com

Attorneys for Defendant
First American Title Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Capacity as Receiver for NetBank, FSB, <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation, <br><br> SAMUEL GBILIA, an individual, <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation, <br><br> STEWART TITLE OF SACRAMENTO, a California corporation, <br><br> Defendants. | Case No. C10-04285 BZ <br><br> SECOND STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS |

Plaintiff Federal Deposit Insurance Corporation ("FDIC") and Defendant First American Title Insurance Company ("First American") enter into this Second Stipulation to Extend Order Scheduling Jury Trial And Pretrial Matters ("Second Scheduling Order"):

1. On November 8, 2011, the parties filed a [First] Stipulation to Extend Order and Scheduling Jury Trial and Pretrial Matters,[Docket No. 61] ("First Stipulation") that the Court granted on November 11, 2011. The First Stipulation extended the deadlines set forth in the original Scheduling Order by sixty (60) days.

2. Following the approval of the First Stipulation, the parties have been actively involved in discovery in the above case including the taking of ten (10) depositions, and have served three (3) additional deposition notices. Additionally, the FDIC has produced over 13,000 pages of documents.

3. The parties are attending a mandatory settlement conference before Magistrate Judge Joseph C. Spero on March 6, 2012.

4. The parties agree, subject to Court approval, to the following extensions of the First Scheduling Order:

| Event | Present Date | New Date |
| --- | --- | --- |
| Close of Non-Expert Discovery | March 13, 2012 | May 14, 2012 |
| Last Day for Expert Disclosure | March 20, 2012 | May 21, 2012 |
| Last Day for Rebuttal Expert Disclosure | March 27, 2012 | June 22, 2012 |
| Last Date for Expert Discovery | April 3, 2012 | July 31, 2012 |
| Last Day to File Dispositive Motions | May 7, 2012 | August 31, 2012 |
| Pre-Trial Conference | June 19, 2012, 4:00 p.m. | TBD |
| Trial Date | July 9, 2012 8:30 a.m. 2 weeks | TBD |

- 1 -

SECOND STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS
Case No. C10-04285 BZ
C:\Documents and Settings\USDC\Local Settings\Temp.notes56FD74\Second Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd

| | | |
|---|---|---|
| 1 | Dated: March 1, 2012 | RUDOW LAW GROUP, LLC |
| 2 | | |
| 3 | | By: /s/ William Rudow<br>William Rudow<br>David Fleck |
| 4 | | Penny Alafassos<br>Attorneys for Plaintiff Federal Deposit Insurance |
| 5 | | Corporation |

Dated: March 1, 2012        STEYER LOWENTHAL BOODROOKAS
                            ALVAREZ & SMITH LLP

By: /s/ Edward Egan Smith
    Jeffrey H. Lowenthal
    Edward Egan Smith
    Robert W. Biederman
    Attorneys for Defendant
    First American Title Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6 May 2012

Bernard Zimmerman
United States Magistrate Judge

- 2 -

SECOND STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS
Case No. C10-04285 BZ
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74 Second Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd