1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  Robert W. Biederman (State Bar No. 177321)
   STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234
   Email: jlowenthal@steyerlaw.com
6         esmith@steyerlaw.com

7  Attorneys for Defendant
   First American Title Insurance Company
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
   FEDERAL DEPOSIT INSURANCE            )   Case No. C10-04285 BZ
14 CORPORATION, In Its Capacity as Receiver )
   for NetBank, FSB,                    )
15                                      )
              Plaintiff,                )   SECOND STIPULATION TO EXTEND
16                                      )   ORDER SCHEDULING JURY TRIAL
        vs.                             )   AND PRETRIAL MATTERS
17                                      )
   GOLDEN KEY REALTY & MORTGAGE         )
18 BANKER, INC., a California corporation, )
                                        )
19 SAMUEL GBILIA, an individual,        )
                                        )
20 FIRST AMERICAN TITLE INSURANCE       )
   COMPANY, a California corporation,   )
21                                      )
   STEWART TITLE OF SACRAMENTO, a       )
22 California corporation,              )
                                        )
23                                      )
              Defendants.               )
24 _____)

25

26

27

28

SECOND STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS
Case No. C10-04285 BZ
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Second Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd

1    Plaintiff Federal Deposit Insurance Corporation ("FDIC") and Defendant First American
2    Title Insurance Company ("First American") enter into this Second Stipulation to Extend Order
3    Scheduling Jury Trial And Pretrial Matters ("Second Scheduling Order"):
4    1.    On November 8, 2011, the parties filed a [First] Stipulation to Extend Order and
5    Scheduling Jury Trial and Pretrial Matters,[Docket No. 61] ("First Stipulation") that the Court
6    granted on November 11, 2011. The First Stipulation extended the deadlines set forth in the
7    original Scheduling Order by sixty (60) days.
8    2.    Following the approval of the First Stipulation, the parties have been actively
9    involved in discovery in the above case including the taking of ten (10) depositions, and have
10   served three (3) additional deposition notices. Additionally, the FDIC has produced over
11   13,000 pages of documents.
12   3.    The parties are attending a mandatory settlement conference before Magistrate
13   Judge Joseph C. Spero on March 6, 2012.
14   4.    The parties agree, subject to Court approval, to the following extensions of the
15   First Scheduling Order:

| Event | Present Date | New Date |
|---|---|---|
| Close of Non-Expert Discovery | March 13, 2012 | May 14, 2012 |
| Last Day for Expert Disclosure | March 20, 2012 | May 21, 2012 |
| Last Day for Rebuttal Expert Disclosure | March 27, 2012 | June 22, 2012 |
| Last Date for Expert Discovery | April 3, 2012 | July 31, 2012 |
| Last Day to File Dispositive Motions | May 7, 2012 | August 31, 2012 |
| Pre-Trial Conference | June 19, 2012, 4:00 p.m. | TBD |
| Trial Date | July 9, 2012 8:30 a.m. 2 weeks | TBD |

- 1 -

SECOND STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS
Case No. C10-04285 BZ
C:\Documents and Settings\USDC\Local Settings\Temp.notes56FD74\Second Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd

| | | |
|---|---|---|
| 1 | Dated: March 1, 2012 | RUDOW LAW GROUP, LLC |
| 2 | | |
| 3 | | By: /s/ William Rudow<br>William Rudow<br>David Fleck |
| 4 | | Penny Alafassos<br>Attorneys for Plaintiff Federal Deposit Insurance |
| 5 | | Corporation |
| 6 | | |
| 7 | Dated: March 1, 2012 | STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP |
| 8 | | |
| 9 | | By: /s/ Edward Egan Smith<br>Jeffrey H. Lowenthal |
| 10 | | Edward Egan Smith<br>Robert W. Biederman |
| 11 | | Attorneys for Defendant<br>First American Title Insurance Company |
| 12 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6 May 2012

Bernard Zimmerman
United States Magistrate Judge

- 2 -

SECOND STIPULATION TO EXTEND ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS
Case No. C10-04285 BZ
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Second Stipulation To Extend Order Scheduling Jury Trial and Pretrial Matters.wpd