UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>           Plaintiff(s),<br><br>  v.<br><br>GOLDEN KEY REALTY & MORTGAGE BANKER, INC., ET AL.,<br><br>           Defendant(s).<br>_____/ | No. C 10-04285 JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>**[Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **March 23, 2012, at 1:30 p.m.,** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of a joint status report, no additional status report need be filed.

The Court notes that Magistrate Judge Spero has previously served as settlement judge in this matter, and held a settlement conference. The parties shall be prepared to advise the Court whether recusal is appropriate, or whether the parties believe that Judge Spero should continue to serve as trial judge in this matter.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a chambers copy.

1 | Dated: March 8, 2012

JOSEPH C. SPERO
United States Magistrate Judge