IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN KEY REALTY & MORTGAGE BANKER, INC., et al.,<br><br>    Defendants.<br>                                      / | No. C 10-04285 WHA<br><br>**ORDER SETTING HEARING DATE** |

    A motion for default judgment hearing will be held on **FEBRUARY 28, 2013 AT 8:00 A.M.** in Courtroom 8, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiff's counsel is ordered to serve a courtesy copy of this notice to the defendants.

    Because of the default judgment and the large amount of money being sought by the FDIC, the trial date will not be vacated to allow for the possibility of a prove-up hearing.

    **IT IS SO ORDERED.**

Dated: February 1, 2013.

                                                  WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE