**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as receiver
for NetBank, FSB

        Plaintiff,

  v.

GOLDEN KEY REALTY & MORTGAGE
BANKER, INC., a California corporation;
SAMUEL GBILIA, an individual,

        Defendants.

————————————————————————/

No. C 10-04285 WHA

**ORDER TO BRING
ADDITIONAL DOCUMENTS**

At the **FEBRUARY 28** hearing, plaintiff shall bring copies of any proof of service

pertaining to its first amended complaint (Dkt. No. 53).  Plaintiff shall also file these documents,

if any, on ECF prior to the **FEBRUARY 28** hearing.

**IT IS SO ORDERED.**

Dated:   February 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE