IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for NetBank, FSB,

    Plaintiff,

  v.

GOLDEN KEY REALTY & MORTGAGE BANKER, INC., a California corporation; SAMUEL GBILIA, an individual,

    Defendant.

      /

No. C 10-04285 WHA

**JOINT CONSENT JUDGMENT**

    At the joint request of the parties, the Court enters the present joint consent judgment. For the reasons stated in the accompanying order granting the parties' joint motion for consent judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants in the amount of $1,250,000.00, plus post judgment interest at the rate of .15% from the date the judgment is entered through the date the judgment is fully satisfied. The Clerk shall **CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: March 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE